IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **RICHARD RICARDO SLATER,** | : | |
| Plaintiff, | : | Case No.: 5:03-cv-241 (CAR) |
| v. | : | |
| **DERRICK HENDERSON,** | : | |
| Defendant. | : | |

*ORDER ON THE UNITED STATES MAGISTRATE JUDGE'S ORDER AND RECOMMENDATION*

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 53] that Defendants' Motion for Summary Judgment [Doc. 39] be granted. Plaintiff filed no response to Defendant's motion, despite being ordered to do so [Doc. 40], and filed no Objection to the Recommendation. The Court, having considered the matter, agrees with the Recommendation. Therefore, the Recommendation is **HEREBY ADOPTED AND MADE THE ORDER OF THE COURT**.

**SO ORDERED.** This 29th day of August, 2007.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

SSH